ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GLENN RUSSELL BABROS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:25-CV-03282-DC-SCR <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 10, 2026, up to and including July 10, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of the Defendant's undersigned counsel's current workload. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed nine responsive briefs. In addition to this case, counsel has

Stip. for Ext.; 2:25-CV-03282-DC-SCR                    1

nine upcoming responsive briefs in the next four weeks. Defendant has also identified a possibility for settlement of this matter, and requires time to undergo internal discussions and if necessary, negotiate settlement with Plaintiff's counsel.

Respectfully submitted,

Dated: June 9, 2026       By:     /s/ *Francesco P. Benavides*
                                  (*as authorized via e-mail on June 9, 2026)
                                  FRANCESCO P. BENAVIDES
                                  Attorney for Plaintiff

Dated: June 9, 2026               ERIC GRANT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Head of Program Litigation 1 – Law & Policy
                                  Social Security Administration

                          By:     /s/ *Lillian J. Lee*
                                  LILLIAN J. LEE
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 10, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED: June 10, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE